IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs | ) | Case No. 3:13CR0076 |
| | ) | |
| **CARSON PAYNE** | ) | **JUDGE WALTER H. RICE** |
| | ) | |

## ORDER

As a result of the defendant's dismissal from the Nova House on January 4, 2018, the condition of location monitoring as stated below is being added to the supervision plan until further notice from the court:

> The defendant shall participate in the Home Detention component of the location monitoring program. The defendant shall be required to remain in his residence unless given permission in advance by the probation officer for approved activities. The defendant shall be monitored by the use of location monitoring technology at the discretion of the officer. The defendant shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The participant shall pay all or part of the costs of location monitoring based on his ability to pay as determined by the probation officer.

Dated this 4th day of January

_____
United States District Judge

Copies to:

U.S. Attorney's Office
Defense counsel
Cameron Williams, U.S. Probation Office