IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, : *NUNC PRO TUNC*
: *December 7, 2017*
Plaintiff,
: Case No. 3:13cr76
vs.
: JUDGE WALTER H. RICE
CARSON PAYNE,
:
Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON CERTAIN STATED CONDITIONS; NEITHER COUNSEL HAS ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; DEFENDANT'S RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD BY DEFENDANT

---

On December 7, 2017, the Defendant, having previously been found in violation of his supervised release, a status that began February 27, 2015, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid December 7, 2017, the Court revoked Defendant's supervised release and remanded him to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, some 77 days, with a five year period of supervised release, less 77 days, of reimposed supervised release to follow, upon the following conditions: Defendant is to follow all conditions of the Supervised Release Plan to which he has agreed and signed, to include evaluation for dual diagnosis programming; Defendant is to have a physical examination; Defendant must provide a list of five people and

five activities to the Probation Officer within one week of December 7, 2017; Defendant is to follow all undischarged conditions of supervised release initially imposed; and, finally, if Defendant wishes to pursue his commercial driver's license, the Probation Office is to work with Defendant on that endeavor.

Following the above, neither counsel indicated any procedural of substantive objections to this Court's sentence. The Defendant's right of appeal was explained to him by the Court and he indicated an understanding of same.

February 28, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, U.S. Probation Officer