IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARSON PAYNE,

    Defendant.

Case No. 3:13cr76

JUDGE WALTER H. RICE

---

## ORDER RELEASING DEFENDANT FROM CUSTODY

---

Pursuant to the record made in open court on March 14, 2018, Defendant is ordered released from the Montgomery County Jail at 8:30 a.m. on March 15, 2018. Defendant is to be released to the custody of his sister, Christy Cook, and his mother, Naomi Adkins, and is to immediately report to the Empowerment for Excellence Program in Toledo, Ohio.

March 14, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Service
Montgomery County Jail