IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

CARSON PAYNE,

        Defendant.

:
:   Case No. 3:13cr76
:
:   JUDGE WALTER H. RICE
:

---

ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-RE-IMPOSED
PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING
SENTENCE, WITH FURTHER RE-IMPOSED PERIOD OF SUPERVISED
RELEASE TO FOLLOW, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF
APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On March 14, 2018, the Defendant, having previously been found in violation of his re-re-imposed period of supervised release, a status that began December 7, 2017, appeared in open Court for final disposition.

Pursuant to the record made in open Court on the aforesaid March 14, 2018, the Court revoked the Defendant's re-re-imposed period of supervised release and sentenced Defendant to a period of time served, to wit: 43 days, with a further re-imposed period of supervised release to follow of 2 years less 120 days (Count Two of Indictment). On Count Four of the Indictment, the Court revoked the Defendant's re-re-imposed period of supervised release and remanded the Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, to wit, 43 days, with a further re-imposed period of supervised release to follow of 5 years less 120 days. As conditions of the further re-imposed period of supervised

release, Defendant is to discharge all previously imposed terms of supervised release and to enroll in and complete the Empowerment for Excellence program in Toledo, Ohio.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 4, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, U.S. Probation Officer
U.S. Marshal