UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plantiff,

-vs-                                  Case No. 3:13-cr-76-01

Carson Payne,

    Defendant.

---

ORDER TRANSFERRING CASE

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice, to the docket of The Honorable Thomas M. Rose.

**DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of July, 2019.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT